UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                               **Case No: 6:17-cv-542-Orl-41GJK**

**PHRANKIE RODRIGUEZ and DAIANA RODRIGUEZ,**

      **Defendants.**

                                                /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgement against Daiana Rodriguez (Doc. 52). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 57), in which he recommends that the motion be granted. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation.

Additionally, pursuant to the Stipulation for Entry of Judgment (Doc. 51), and this Court's March 5, 2018 Order (Doc. 54), judgment is due to be entered against Defendant Phrankie Rodriguez.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 57) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgement against Daiana Rodriguez (Doc. 52) is **GRANTED**.

3. The Clerk is directed to enter judgment in favor of Plaintiff and against Phrankie Rodriguez in the amount of $146,720.29 for his unpaid income tax liabilities for the tax years 2005, 2006, 2009, 2010, 2011, 2012, 2013 and 2014, plus statutory additions and interest from March 24, 2017, that continue to accrue pursuant to 26 U.S.C. §§ 6621 and 6622.

4. The Clerk is further directed to enter judgment in favor of Plaintiff and against Defendant Daiana Rodriguez in the amount of $54,258.21, plus statutory additions and interest from January 29, 2018, that continue to accrue pursuant to 26 U.S.C. §§ 6621 and 6622.

5. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 19, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party